UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jaime Labra-Tovar**　　　　　　　　　　　　　　　　　**Docket No. 5:19-CR-220-8D**

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaime Labra-Tovar, who, upon an earlier plea of guilty to Conspiracy to Commit Interstate Transportation of Stolen Goods - 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 22, 2020, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jaime Labra-Tovar was released from custody on September 10, 2020, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 13, 2020, the defendant submitted a urine sample that returned positive for methamphetamine from the lab on October 23, 2020. As a result of the drug use, the probation office is recommending that the defendant's conditions be modified to add the drug aftercare condition, and the probation office will refer the defendant for a substance abuse assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Additionally, on October 23, 2020, the defendant committed the offense of Driving While License Revoked – Not Impaired (20CR703544) in Franklin County, North Carolina. The probation office provided a verbal reprimand and it is respectfully recommended that no action be taken by the court at this time to allow the probation office to monitor the state court disposition.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jaime Labra-Tovar
Docket No. 5:19-CR-220-8D
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: October 28, 2020

## ORDER OF THE COURT

Considered and ordered this __29__ day of __October__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge